| | |
|---|---|
| U.S. XPRESS, INC., <br><br> Plaintiff, <br><br> v. <br><br> INFINITO, INC. and SIMON GOMEZ, <br><br> Defendants. | No.: 1:19-cv-00070-TRM-CHS |

## MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST ALL DEFENDANTS

Comes now Plaintiff, U.S. Xpress, Inc. ("USX"), through counsel, pursuant to Fed. R. Civ. P. 55(b)(1), and hereby requests the Court to enter judgment by default against Defendants, Infinito, Inc. ("Infinito") and Simon Gomez ("Gomez") (collectively, "Defendants"), jointly and severally. In support of this request, USX relies upon the record in this case and the declaration submitted herein.

                                                         Respectfully submitted,

                                                         **EVANS HARRISON HACKETT, PLLC**

                                         By:    /s/Maury Nicely
                                                            Maury Nicely (BPR No. 18997)
                                                            835 Georgia Avenue, Suite 800
                                                            Chattanooga, TN 37402
                                                            Phone: 423.648.7890
                                                            Fax: 423.648.7897
                                                            mnicely@ehhlaw.com

Dated: May 31, 2019                            *Attorneys for Plaintiff U.S. Xpress, Inc.*

## CERTIFICATE OF SERVICE

      I certify that an exact copy of the foregoing was served by regular US Mail, postage prepaid on this May 31, 2019, to the following:

| | |
|---|---|
| Infinito, Inc. | Simon Gomez |
| 12130 Esther Lama Drive, Suite 300 | 1388 Emerald Gate Lane |
| El Paso, TX 79936 | El Paso, TX 79936 |

                                            **EVANS HARRISON HACKETT PLLC**

                                            By: <u>/s/Everett L. Hixson III</u>