# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

U.S. XPRESS, INC.,

                Plaintiff,

        v.

INFINITO, INC. and SIMON GOMEZ,

                Defendants.

No.: 1:19-cv-00070-TRM-CHS

## DEFAULT JUDGMENT

The Defendants, Infinito, Inc. ("Infinito") and Simon Gomez ("Gomez") (collectively, "Defendants"), having failed to plead or otherwise defend in this action, and default having heretofore been entered; upon application of Plaintiff and upon Declaration that Defendants are indebted to Plaintiff in the principal sum of $217,485.35 plus interest thereon; that Defendants have been defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and that the claim is for a sum certain or for a sum which can by computation be made certain, it is hereby

ORDERED, ADJUDGED, and DECREED that plaintiff, U.S. Xpress, Inc., recover of the defendants, Infinito, Inc. and Simon Gomez, jointly and severally, the sum of $217,485.35, plus costs and interest according to law from the date of this judgment until the entire amount is paid.

This judgment is entered by the Clerk at the request of the plaintiff and upon declaration that said amount is due, in accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedure.

JOHN L. MEDEARIS, CLERK

Deputy Clerk